September 22, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

YUJIE REN, Appellant

NO. 14-16-00035-CV                            V.

ANU RESOURCES, LLC, Appellee

_____

   This cause, an appeal from the judgment in favor of appellee, Anu Resources, LLC, signed January 4, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

   We order appellant, Yujie Ren, to pay all costs incurred in this appeal.

   We further order this decision certified below for observance.